Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*March 19, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:26-cr-145** |
| | § | **SEALED** |
| DAMIAN RAY BROUSSARD, and | § | |
| RONALD CHRISTOPHER MADDOX, | § | |
| Defendants. | § | |

INDICTMENT

The Grand Jury charges:

## COUNT ONE:

### CONSPIRACY TO POSSESS WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE

On or about at least June 11, 2025 to at least August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

knowingly and intentionally combined, confederated, conspired, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the offense of Possession with Intent to Distribute a Controlled Substance. This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance,

Page **1** of **12**

and a quantity of 400 grams or more of a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, § 846.

## COUNT TWO:

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 11, 2025, in the Southern District of Texas and elsewhere, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, § 2.

## COUNT THREE:

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 24, 2025, in the Southern District of Texas and elsewhere, the defendant,

DAMIAN RAY BROUSSARD,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(viii).

**<u>COUNT FOUR</u>:**

<u>POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE</u>

On or about August 19, 2025, in the Southern District of Texas and elsewhere, the defendant,

DAMIAN RAY BROUSSARD,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE:

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B)(viii) and Title 18, United States Code, § 2.

## COUNT SIX:

### AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 400 grams or more of a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A)(vi) and Title 18, United States Code, § 2.

**COUNT SEVEN:**

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved 500 grams or more of a quantity of a mixture or substance containing a detectible amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B)(ii) and Title 18, United States Code, § 2.

**<u>COUNT EIGHT</u>:**

<u>USING AND CARRYING A FIREARM DURING AND</u>
<u>IN RELATION TO A DRUG TRAFFICKING CRIME</u>

On or about August 26, 2025, in the Houston Division of the Southern District of Texas, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

did knowingly, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance as charged in this indictment, possess a firearm.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

## COUNT NINE:

FELON IN POSSESSION OF A FIREARM

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

each knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Springfield Pistol XD-9 9mm, serial number MG464969; a Taurus PT738, .380 ACP, serial number 38476C; a Taurus Spectrum .380 auto, serial number unreadable; a Smith & Wesson SD40 VE serial number HFA9623; a Anderson Manufacturing AM-15, Multi Cal, serial number 20334248; a Heckler & Koch, Inc., HK 45 .45 auto, serial number HKU-021818; a CZ Scorpion Evo 3S1 serial number F040650; a Mossberg 12 Gauge no visible serial number; and a Taurus TH9C serial number TLX65114.

In violation of Title 18, United States Code, §§ 922(g)(1), and 924(a)(2).

**NOTICE OF CRIMINAL FORFEITURE**

**(21 U.S.C. § 853(a))**

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendants,

DAMIAN RAY BROUSSARD,
and
RONALD CHRISTOPHER MADDOX,

that upon conviction of an offense in violation of Title 21, United States Code, § 841 as set out in Counts 1 through 7 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3) Including but not limited to:

  - Springfield Pistol XD-9 9mm, S/N: MG464969

  - Taurus PT738, .380 ACP, S/N: 38476C

  - Taurus Spectrum .380 auto, S/N: Unreadable

  - Smith & Wesson SD40 VE S/N: HFA9623

  - Anderson Manufacturing AM-15, Multi Cal, S/N: 20334248

  - Heckler & Koch, Inc., HK 45 .45 auto, S/N: HKU-021818

  - CZ Scorpion Evo 3S1 S/N: F040650

  - Mossberg 12 Gauge

- Taurus TH9C S/N: TLX65114

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas